In the Matter of AMOS BABALOLA, Appellant, v OLSTEN TEMPORARY STAFFING CORPORATION et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 9, 2004; decided November 30, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.